**No. 11-114. Cynthia R. Jarvis, Petitioner v. Charles F. Bolden, Jr., Administrator, National Aeronautics and Space Administration.**

565 U.S. 883, 132 S. Ct. 252, 181 L. Ed. 2d 145, 2011 U.S. LEXIS 5315.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

145

Same case below, 417 Fed. Appx. 925.